IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TIERRE MOULTON,<br><br>    Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br>CRIMINAL ACTION NO.<br>1:10-CR-0120-SCJ-RGV<br><br>CIVIL ACTION NO.<br>1:18-CV-1816-SCJ-RGV |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Judge Russell G. Vineyard [Doc. No. 110], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, Respondent's unopposed motion to dismiss [Doc. No. 109] is **GRANTED** and Movant's § 2255 motion [Doc. No. 107] is **DISMISSED**. It is further **ORDERED** that a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**, this 13th day of September, 2018.

s/Steve C. Jones
STEVE C. JONES
UNITED STATES DISTRICT JUDGE